[Nos. 2693–2; 2747–2.   Division Two.   August 16, 1978.]

SECO PUBLISHING COMPANY, *Appellant,* v. MIKE
BLOCK, ET AL, *Respondents.*

Appeals from a judgment of the Superior Court for
Pierce County, No. 231854, Thomas A. Swayze, Jr., J.,
entered December 3, 1976. *Affirmed in part* and *reversed in
part* by unpublished opinion per Reed, A.C.J., concurred in
by Petrie and Soule, JJ.

[No. 2776–2.   Division Two.   August 18, 1978.]

ELMER M. CRITCHFIELD, *Appellant,* v. OLYMPIC
SADDLE CLUB, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 23769, Tyler C. Moffett, J., entered
January 28, 1977. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, A.C.J., and Soule, J.

[No. 5340–1.   Division One.   August 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. HEINZ
JAGER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 77326, Erle W. Horswill, J., entered January 7,
1977. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by James and Andersen, JJ.